**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donovan WILLIS, a.k.a. Keith Harris–**
**Conrad, a.k.a. Donovan Michael**
**Willis, Defendant–Appellant.**

**No. 11–10318**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2011.

Wifredo A. Ferrer, U.S. Attorney, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, Lothrop Morris, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Arthur L. Wallace, III, Lighthouse, FL, for Defendant–Appellant.

Donovan Willis, Miami, FL, pro se.

Before TJOFLAT, CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Arthur L. Wallace III, appointed counsel for Donovan Willis, has filed a motion to withdraw supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Willis's conviction and sentence are **AFFIRMED.**